OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Defendant and Frederick Cunningham were tried and convicted of two counts of murder in the second degree for the homicide of Anthony Caputo, a service station attendant. Prior to trial, defendant sought unsuccessfully to suppress statements made by him and items of physical evidence taken
 
 *1000
 
 from his residence and automobile. Defendant’s motion to sever was also denied.
 

 Initially, in the absence of any contention in this court that the police lacked probable cause to arrest, the warrantless arrest at defendant’s home was proper
 
 (People v Payton,
 
 45 NY2d 300, 310-312, probable jurisdiction noted 439 US 1044; see
 
 People v Jenkins,
 
 47 NY2d 722). With respect to the voluntariness of defendant’s statements and consent to search, the record contains support for the hearing court’s findings, affirmed by the Appellate Division, that they were knowingly and voluntarily obtained (see
 
 People v Glass,
 
 43 NY2d 283; cf.
 
 People v Wharton,
 
 46 NY2d 924). Finally, no error was committed in denying defendant’s motion to sever. Any objection based on
 
 Bruton v United States
 
 (391 US 123) was obviated when the codefendant testified
 
 (People v Anthony,
 
 24 NY2d 696).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed in a memorandum.